UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LARRY MAYSE, | : | Case No. 3:11-cv-238 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| HONDA OF AMERICA MFG., INC. LONG TERM DISABILITY PLAN., *et al.*, | : | |
| Defendants. | : | |

## ORDER

Pursuant to the Stipulation of Dismissal with prejudice filed by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court **ORDERS** that this case is dismissed in its entirety with prejudice and that the case be terminated on the Court's docket.

**IT IS SO ORDERED.**

Date: 11/17/11

*Timothy S. Black*
Timothy S. Black
United States District Judge